# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143772

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARY I. ARNOLD,
   Plaintiff,

v            SC: 143772
            AGC: 2773-09

ATTORNEY GRIEVANCE COMMISSION,
    Defendant.

_____/

   On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

p1219